DATE: 10/28/11    CASE NUMBER: 1:11CV584    START 11:38

JUDGE: HILTON    REPORTER: WESTFALL    END 11:52

PARTIES:    ATTORNEYS:

ENTREPRENUER MEDIA, INC    Tara Zurawski
                           Mark Finkelstein

V.

ENTREPRENEUR.COM    David Weslow
                    Attison Barnes

THIS MATTER CAME ON FOR HEARING ON: Pltfs motion to Dismiss Counterclaims — Granted; Pltfs motion to Strike Answer — Denied