**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC.  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | Civil Action No. 1:11-cv-584 |
| ) | |
| ENTREPRENUER.COM, an Internet  ) | |
| Domain Name,  ) | |
| ) | |
| Defendant.  ) | |

### ORDER

This matter comes before the Court on Plaintiff Entrepreneur Media, Inc.'s Motion to Strike Answer and Counterclaims, and Alternatively, to Dismiss. For the reasons stated from the bench, it is hereby

ORDERED that Plaintiff's Motion to Strike Answer and Counterclaims is DENIED, and Plaintiff's Motion to Dismiss Counterclaims is GRANTED, and the Counterclaims filed herein are dismissed.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
October 28, 2011