# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| **ENTREPRENEUR MEDIA, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**ENTREPRENUER.COM**,<br><br>Defendant. | Civil Action No. 1:11-cv-584-CMH-TRJ |

## STIPULATED DISMISSAL OF COMPLAINT WITH PREJUDICE

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Entrepreneur Media, Inc. and Defendant Entreprenuer.com (collectively the "Parties"), by counsel, hereby stipulate that the Complaint be, and hereby is, dismissed with prejudice. The Parties shall bear their own costs and attorneys' fees in connection with the action.

Dated: November 21, 2011

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Edwin L. Fountain* | */s/ Attison L. Barnes* |

Edwin L. Fountain (Va. Bar No. 31918)
Tara Lynn R. Zurawski (Va. Bar No. 73602)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
Email: elfountain@jonesday.com
Email: tzurawski@jonesday.com

Mark A. Finkelstein (*pro hac vice*)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 553-7502
Facsimile: (949) 553-7539
Email: mafinkelstein@jonesday.com

*Counsel for Plaintiff Entrepreneur Media, Inc.*

Attison L. Barnes (Va. Bar No. 30458)
David E. Weslow (*pro hac vice*)
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049
Email: abarnes@wileyrein.com
Email: dweslow@wileyrein.com

*Counsel for Defendant Entreprenuer.com*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of November, 2011, I electronically filed the foregoing with the Clerk of the Court using the EC/ECF system, which will send a notification of such filing (NEF) to the following:

>Attison L. Barnes
>WILEY REIN LLP
>1776 K Street, N.W.
>Washington, DC 20006
>Email: abarnes@wileyrein.com

By:   */s/ Edwin L. Fountain*
_____
Edwin L. Fountain (Va. Bar No. 31918)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
Email: tzurawski@jonesday.com